**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| DAVID A. HOLLAND, | ) | |
| Petitioner, | ) | 2: 10-cv-01769-JCM-LRL |
| vs. | ) | |
| | ) | **ORDER** |
| BRIAN E. WILLIAMS, *et al.*, | ) | |
| Respondents. | ) | |

This is a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in which petitioner, a state prisoner, is proceeding with counsel. Petitioner has paid the filing fee for this action. (ECF No. 1). The petition shall now be served on respondents.

A petition for federal habeas corpus should include all claims for relief of which petitioner is aware. If petitioner fails to include such a claim in his petition, he may be forever barred from seeking federal habeas relief upon that claim. *See* 28 U.S.C. §2254(b) (successive petitions). If petitioner is aware of any claim not included in his petition, he should notify the Court of that as soon as possible, perhaps by means of a motion to amend his petition to add the claim.

**IT IS THEREFORE ORDERED** that the clerk shall **ELECTRONICALLY SERVE** the petition (ECF No. 1) upon respondents.

1    **IT IS FURTHER ORDERED** that respondents shall have **forty-five (45)** days from
2  entry of this order within which to answer, or otherwise respond to, the petition.  In their answer or
3  other response, respondents shall address any claims presented by petitioner in his petition as well as
4  any claims presented by petitioner in any statement of additional claims.  Respondents shall raise all
5  potential affirmative defenses in the initial responsive pleading, including lack of exhaustion and
6  procedural default.  **Successive motions to dismiss will not be entertained**.  If an answer is filed,
7  respondents shall comply with the requirements of Rule 5 of the Rules Governing Proceedings in the
8  United States District Courts under 28 U.S.C. §2254.  If an answer is filed, petitioner shall have
9  **forty-five (45) days** from the date of service of the answer to file a reply.

10    **IT IS FURTHER ORDERED** that, henceforth, petitioner shall serve upon the
11  attorney gGeneral of the State of Nevada a copy of every pleading, motion, or other document he
12  submits for consideration by the court.  Petitioner shall include with the original paper submitted for
13  filing a certificate stating the date that a true and correct copy of the document was mailed to the
14  attorney general.  The court may disregard any paper that does not include a certificate of service.
15  After respondents appear in this action, petitioner shall make such service upon the particular deputy
16  attorney general assigned to the case.

17    DATED this 3rd day of March, 2011.

_____
UNITED STATES DISTRICT JUDGE